# Court of Appeals
# of the State of Georgia

**ATLANTA,** November 13, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0535. HIRAM ABERNATHY v. THE STATE.**

Following a jury trial, Hiram Abernathy was convicted on one count each of aggravated battery, aggravated assault, armed robbery, kidnapping with bodily injury, false imprisonment, possession of a firearm during the commission of a crime, and possession of marijuana. We affirmed his convictions on appeal. See *Abernathy v. State*, 299 Ga. App. 897 (685 SE2d 734) (2009). In 2023, Abernathy filed an extraordinary motion for new trial, which the trial court denied. He appeals from the trial court's order. We, however, lack jurisdiction.

An appeal from an order denying an extraordinary motion for new trial must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (7), (b); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Abernathy's failure to follow the discretionary review procedure thus deprives us of jurisdiction over this direct appeal. See *Bradberry v. State*, 315 Ga. App. 434, 437 (727 SE2d 208) (2012).

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___11/13/2024_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*